951 A.2d 262

**Johnny JAMES, Petitioner**

v.

**ATTORNEY GENERAL, Respondent.**

**No. 202 EM 2007.**

Supreme Court of Pennsylvania.

June 24, 2008.

## *ORDER*

Petition for Writ of Mandamus

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, the Application for Leave to File Original Process is **GRANTED;** the Petition for Writ of Mandamus is **DENIED.**

951 A.2d 262

**James ANDERSON, Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Penna., Respondent.**

**No. 198 EM 2007.**

Supreme Court of Pennsylvania.

June 24, 2008.

## *ORDER*

Petition for Writ of Mandamus and/or Extraordinary Relief

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, Application for Leave to File Original Process is **GRANTED.** The Petition

for Writ of Mandamus and/or Extraordinary Relief and the Motion to Seek Leave of the Court to Supplement the Record are **DENIED.**

. 951 A.2d 263

**James ANDERSON, Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Penna., Respondent.**

**No. 199 EM 2007.**

Supreme Court of Pennsylvania.

June 24, 2008.

## *ORDER*

Petition for Writ of Mandamus and/or Extraordinary Relief

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus and/or Extraordinary Relief and the Motion to Seek Leave of the Court to Supplement the Record are **DENIED.**